IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEFFREY T. TIERNEY, | ) | 4:12CV3178 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AGA MEDICAL CORPORATION, | ) | |
| A Minnesota Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that filing 24, Defendant's motion to withdraw previously filed motions, is granted. Accordingly, Defendant's motion to dismiss (filing 15) and Defendant's motion for sanctions (filing 18) are deemed withdrawn.

DATED this 14th day of January, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge